HARVEY *v.* BOWLES, sheriff, for use, etc.

LUMPKIN, P. J.　The first grant of a new trial, though predicated exclusively on special legal grounds, will not be disturbed by this court, unless it affirmatively appears that the verdict complained of was absolutely demanded. *Weinkle* v. *Railroad Co.*, 107 *Ga.* 367 ; *Watson* v. *Equitable Mortgage Co.*, 112 *Ga.* 253.　　　　*Judgment affirmed. All the Justices concurring.*

Argued November 10, — Decided November 29, 1900.

Complaint. Before Judge Willis. City court of Columbus. July term, 1900.

*Hatcher & Carson* and *J. H. Worrill*, for plaintiff in error.
*McNeill & Levy*, contra.